UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LIN KWOK KEUNG,

                                      Plaintiff,                        21-CV-06606 (PGG)(SN)

       -against-                                               **ORDER**

GOLDEN STEAMER INC., et al.,

                                     Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On October 5, 2021, Plaintiff filed affidavits of service on Defendants Golden Steamer Inc. and Kok Ping Realty Inc. As of today, neither Defendant has filed a notice of appearance, responsive pleading, or any other motion. No later than November 17, 2021, Plaintiff shall file a letter informing the Court whether Plaintiff has been in contact with Defendants or made any efforts to confirm receipt of service. The letter should also state whether Plaintiff intends to move for default judgment.

**SO ORDERED.**

                                                                                                              SARAH NETBURN
                                                                                                              United States Magistrate Judge

DATED:       New York, New York
                  November 12, 2021