```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/24/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LIN KWOK KEUNG,

                                             **Plaintiff,**                         21-CV-06606 (PGG)(SN)

            -against-                                               **ORDER**

**GOLDEN STEAMER INC., et al.,**

                                             **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On November 17, 2021, Plaintiff indicated that he had served Defendants with a courtesy copy of the Complaint and summons given the Department of State's delays in effectuating service on defendant corporations. Plaintiff also stated that he did not intend to move for default judgment to permit the Defendants time to appear or contact Plaintiff. As of today, neither Defendant has filed a notice of appearance, responsive pleading, or any other motion. No later than January 28, 2022, Plaintiff shall file a letter informing the Court whether Plaintiff has been in contact with Defendants or made any additional efforts to confirm receipt of service. The letter should also state whether Plaintiff intends to move for default judgment.

**SO ORDERED.**

                                                                         _____
                                                                         SARAH NETBURN
                                                                         United States Magistrate Judge

DATED:     New York, New York
                 January 24, 2022