```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LIN KWOK KEUNG,

                             Plaintiff,

        -against-

GOLDEN STEAMER INC., et al.,

                            Defendants.

-----------------------------------------------------------------X

21-CV-06606 (PGG)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

        Defendants appeared on January 28, 2022. ECF No. 16. Plaintiff's status report, filed the same day, indicates that the parties are engaging in initial settlement discussions. ECF No. 15. As of the issuance of this order, Defendants have not requested any extension to file their response to Plaintiff's complaint, or otherwise communicated their intentions to the Court. No later than February 11, 2022, Defendants shall file a letter advising the Court of the status of settlement discussions and proposing a deadline for their response to Plaintiff's complaint, which was filed on August 4, 2021, over six months ago.

**SO ORDERED.**

                                                  _____
                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:    New York, New York
               February 8, 2022